UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **1:21-mj-03039 Goodman**

UNITED STATES OF AMERICA

vs.

STANLEY SHMID MESIDOR

**Defendant.**
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?     No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?     No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?     No

Respectfully submitted,

JUAN ANTONION GONZALEZ
ACTING UNITED STATES ATTORNEY

BY:  /s/ Hayden P. O'Byrne
HAYDEN P. O'BYRNE
Assistant United States Attorney
Fla. Bar No. 60024
99 Northeast 4th Street
Miami, Florida 33132
Tel: (305) 961-9447
Hayden.obyrne@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>STANLEY SHMID MESIDOR,<br><br>*Defendant(s)* | )<br>)<br>) Case No. 1:21-mj-03039 Goodman<br>)<br>)<br>) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ May 25, 2021 _____ in the county of _____ Miami-Dade _____ in the
_____ Southern _____ District of _____ Florida _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1708 | Theft of United States Mail |
| 18 U.S.C. § 1704 | Theft of United States Postal Service Key |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
Complainant's signature

J.W. Galvin III, United States Postal Inspector
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by ___Facetime___

Date: 05/26/21

_____
Judge's signature

City and state: _____ Miami Florida _____   The Honorable Jonathan Goodman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your Affiant, J.W. Galvin III, being duly sworn, deposes and states as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am employed as a Postal Inspector with the United States Postal Inspection Service ("USPIS") and have been so employed since 2013. I am currently assigned to the Miami Division's Mail Theft/Violent Crimes Team. In this capacity, my responsibilities include the investigation of various crimes involving the United States Postal Service ("USPS"), including mail and identity theft, among others.

2. This Affidavit is submitted in support of a criminal complaint charging Stanley Shmid Mesidor ("MESIDOR") with Mail Theft, in violation of Title 18, United States Code, Section 1708, and Theft of USPS Keys or Locks, in violation of Title 18, United States Code, Section 1704.

3. I respectfully submit that there is probable cause to believe that on or about May 25, 2021, MESIDOR did knowingly steal, take, abstract or purloin mail and a USPS arrow key from a USPS vehicle, located in Miami-Dade Florida, specifically Miami Gardens, within the Southern District of Florida.

4. The facts contained in this Affidavit are based on my personal knowledge and experience, along with information provided to me by other law enforcement personnel and individuals. Because this Affidavit is being submitted for the limited purpose of establishing sufficient probable cause for the criminal complaint being sought, it does not constitute all the facts known to law enforcement at this time.

## **PROBABLE CAUSE**

5. On or about May 25, 2021, a USPS letter carrier (Victim-1) left her assigned USPS delivery vehicle and was on foot delivering mail near 1245 NW 180th Terrace, Miami Gardens, FL 33169. Victim-1 observed a silver colored Mercedes Benz C300 park at the rear of her assigned USPS delivery vehicle. Victim-1 saw MESIDOR, who was wearing red pants, walk to the side window of the USPS vehicle, force the window down, lean in and take items from the vehicle. MESIDOR then entered the driver's seat of the Mercedes and sped away. Victim-1 immediately dialed 911.

6. Within a few minutes, Victim-1 received a call from Wells Fargo about the potential fraudulent use of her debit card at a nearby business. Wells Fargo then told Victim-1 that the card was being used at a second business, which was approximately one mile from where MESIDOR had stolen items from the USPS vehicle, located at 824 NW 183rd Street, Miami Gardens, FL 33169. Victim-1 drove to that location while again calling the police. Upon arrival, Victim-1 identified the same silver Mercedes in the parking lot of the business where Wells Fargo reported that the card had most recently been used. Victim-1 flagged down a nearby Miami Gardens Police Department ("MGPD") officer and told him that she had been robbed by the driver of the silver Mercedes.

7. MESIDOR, still wearing the same red pants, exited the business and walked past the Mercedes and across the street. Victim-1 pointed out MESIDOR to MGPD officers. MGPD officers approached MESIDOR, who fled on foot. However, MESIDOR was apprehended after a brief chase. During a search of MESIDOR's person, MGPD officers found Victim-1's driver's license, Wells Fargo debit card, Cashapp debit card, and the key for the silver Mercedes identified by Victim-1.

8.  In plain view in the silver Mercedes, MGPD officers saw: (1) a pistol in the center cup holder, (2) a USPS mail tub in the front seat, and (3) at least a dozen USPS packages in the rear seat. Victim-1 identified the addresses on the USPS packages in plain view as being on her mail route. Victim-1 also identified her purse—also in plain view—in the silver Mercedes.

9.  Pursuant to MGPD policy, MGPD officer secured the pistol—which was loaded—in preparation for the Mercedes to be towed. Victim-1 also requested her house keys which were in her purse in the Mercedes. MGPD officers retrieved Victim-1's purse from the silver Mercedes and returned Victim-1's house keys to her. However, upon opening Victim-1's purse, MGPD officers discovered a USPS arrow key. Arrow keys are property of USPS and are used only for locks adopted by USPS for mail receptacles. Victim-1 stated that this arrow key was left in plain view on a tray in the USPS vehicle, separate from the purse.

## **CONCLUSION**

10. Based on my training and experience and the facts detailed above, I respectfully submit that there is probable cause to believe that MESIDOR did unlawfully steal, take, or abstract packages or mail, from a mail route or a letter or mail carrier, in violation of Title 18, United States Code, Section 1708.

11. Further, I respectfully submit that there is probable cause to believe MESIDOR did unlawfully steal or purloin any key suited to any lock adopted by USPS and in use on any lock box, lock drawer, or other authorized receptacle for the deposit or delivery of mail matter, in violation of Title 18, United States Code, Section 1704.

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
J.W. Galvin III, Postal Inspector
United States Postal Inspection Service

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
by Facetime, this __26th__ day of May, 2021.

_____
HONORABLE JONATHAN GOODMAN
UNITED STATES MAGISTRATE JUDGE